No. 98–6905. HERMOSILLO-RODRIGUEZ *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 98–6906. RATLIFF *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 98–6907. RODRIGUEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6910. DOBBINS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–6911. DUKES *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 98–6912. JONES *v.* CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 98–6915. MILLER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–6916. LANK *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–6917. MILES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–6918. VANCE ET AL. *v.* UNITED STATES; and
No. 98–6921. McCOY ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 162 F. 3d 1157.

No. 98–6922. HERLIHY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–6924. BROWN *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 98–6925. ALBERTSEN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–6926. WESTCOTT, AKA MORRISON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–6928. PORTER *v.* HENDERSON, POSTMASTER GENERAL. C. A. 9th Cir. Certiorari denied.